IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | |
| APPLE COMPUTER, INC.; et al., | ) ) | |
| Defendants. | ) ) | |
| OPTREX AMERICA, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1536-KAJ |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Defendants. | ) | |

**HONEYWELL'S MOTION FOR CONSOLIDATION AND STAY
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42**

Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell") hereby move the Court, pursuant to Federal Rule of Civil Procedure 42, for consolidation of Civil Action No. 04-1536-KAJ, a recently filed declaratory judgment action involving Honeywell's 5,280,371 patent ("the '371 patent"), with Civil Action No. 04-1338-KAJ, Honeywell's earlier filed main infringement action involving the same patent. Honeywell seeks consolidation for purposes of discovery only, and also seeks a corresponding post-discovery stay of Civil Action No. 04-1536, pending resolution of Civil Action No.

04-1338. The grounds for this motion are set forth in Honeywell's Opening Brief in Support of Its Motion for Consolidation and Stay, which is filed contemporaneously herewith.

          MORRIS, NICHOLS, ARSHT & TUNNELL

          */s/ Thomas C. Grimm*
          Thomas C. Grimm (#1098)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          *Attorneys for Honeywell International Inc.*
          *and Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA 02199
617-267-2300

March 10, 2005
455037

## **RULE 7.1.1 CERTIFICATION**

The undersigned counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. (hereinafter "Honeywell"), hereby certifies that counsel for Honeywell conferred with counsel for the opposing parties in C.A. No. 04-1338-KAJ and C.A. No. 04-1536-KAJ and was unable to reach agreement on the relief sought by this motion.

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | |
| APPLE COMPUTER, INC.; et al., | ) ) | |
| Defendants. | ) ) | |
| OPTREX AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1536-KAJ |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

WHEREAS, Honeywell International Inc. and Honeywell Intellectual Properties Inc. having moved this Court, pursuant to Federal Rule of Civil Procedure 42, for consolidation of Civil Action No. 04-1338-KAJ (Honeywell International Inc., et al. v. Apple Computer Inc., et al.) and Civil Action No. 04-1536-KAJ (Optrex America, Inc. v. Honeywell International Inc., et al.) for purposes of discovery and for post-discovery stay of Civil Action No. 04-1536 pending resolution of Civil Action No. 04-1338; and

WHEREAS, the Court having heard the parties and having found good cause for the present motion under Rule 42;

IT IS HEREBY ORDERED this ____ day of _____, 2005, that Honeywell International Inc. and Honeywell Intellectual Properties Inc.'s Motion to Consolidate and Stay is GRANTED, and Civil Action No. 04-1536-KAJ (Optrex America, Inc. v. Honeywell International Inc., et al.) is hereby consolidated with Civil Action No. 04-1338-KAJ (Honeywell International Inc., et al. v. Apple Computer Inc., et al.) for purposes of discovery, and Civil Action No. 04-1536 then being stayed for post-discovery purposes pending resolution of Civil Action No. 04-1338.

_____
UNITED STATES DISTRICT JUDGE

455037

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

| Frederick L. Cottrell, III | cottrell@rlf.com |
|---|---|
| William J. Wade | wade@rlf.com |
| Thomas L. Halkowski | halkowski@fr.com |
| John W. Shaw | jshaw@ycst.com |
| Richard L. Horwitz | rhorwitz@potteranderson.com |
| Adam Wyatt Poff | apoff@ycst.com |
| Philip A. Rovner | provner@potteranderson.com |
| Francis DiGiovanni | fd@cblh.com |
| Arthur G. Connolly, III | ac3@cblhlaw.com |
| Amy Evans | aevans@crosslaw.com |
| Donald W. Huntley | huntley@monopolize.com |
| Andre G. Bouchard | abouchard@bmf-law.com |

and Thomas C. Grimm (tgrimm@mnat.com).

I also certify that on March 10, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT
 & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON
 & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc. and Fujitsu Computer Products of America, Inc., Toshiba Corporation, and Toshiba America, Inc.*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
 & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

Philip A. Rovner
POTTER ANDERSON
 & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Fuji Photo Film Co.. Ltd. and Fuji Photo Film U.S.A., Inc.*

Francis DiGiovanni
James M. Olsen
CONNOLLY, BOVE, LODGE
 & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Sony Ericcson Mobile Communications AB and Sony Ericcson Mobile Communications (USA) Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE
 & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Navman NZ Limited and Navman U.S.A. Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford Computer Group, Inc.*

|  |  |
|---|---|
| Donald W. Huntley | Andre G. Bouchard, Esquire |
| HUNTLEY & ASSOCIATES, LLC. | Karen L. Pascale, Esquire |
| 1105 North Market Street, Suite 800 | BOUCHARD MARGULES |
| P.O. Box 948 |   & FRIEDLANDER, P.A. |
| Wilmington, DE 19899-0948 | 222 Delaware Avenue, Suite 1400 |
| *Attorneys for Kyocera Wireless Corp.* | Wilmington, DE 19801 |
|  | *Attorneys for Third-Party Defendant Optrex America, Inc.* |

          */s/ Thomas C. Grimm*
          Thomas C. Grimm (#1098)

455037