IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1338-KAJ |
| APPLE COMPUTER, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| OPTREX AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-1536-KAJ ✓ |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the briefing on *Honeywell's Motion for Consolidation and Stay Pursuant to Federal Rule of Civil Procedure 42* (Doc. No. 134 in C.A. No. 03-1338; Doc. No. 14 in C.A. No. 04-1536) shall proceed as follows:

| | |
|---|---|
| Opening brief: | Filed and served March 10, 2005 |
| Answering brief: | To be filed and served by March 28, 2005 |
| Reply brief: | To be filed and served by April 8, 2005 |

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Karen L. Pascale<br>Andre G. Bouchard (#2504)<br>Karen L. Pascale (#2903)<br> [kpascale@bmf-law.com]<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>*Attorneys for Optrex America, Inc.*<br>*(Third-Party Defendant in 04-1338-KAJ;*<br>*Plaintiff in C.A. No. 04-1536-KAJ)* | /s/ Thomas C. Grimm<br>Thomas C. Grimm (#1098)<br> [tgrimm@mnat.com]<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Honeywell International Inc.*<br>*and Honeywell Intellectual Properties Inc.*<br>*(Plaintiffs in C.A. No. 04-1338-KAJ;*<br>*Defendants in C.A. No. 04-1536-KAJ)* |

SO ORDERED this _____ day of March, 2005.

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2005, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Thomas C. Grimm, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL
> 1201 North Market Street
> Wilmington, DE 19899-1347
> [tgrimm@mnat.com]
> > *Attorneys for Defendants, Honeywell International Inc.*
> > *and Honeywell Intellectual Properties, Inc.*

I further certify that on March 17, 2005, I caused a copy of the foregoing document to be served by First Class U.S. Mail on the above-listed counsel.

> _____/s/ Karen L. Pascale_____
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
> Karen L. Pascale (#2903) [kpascale@bmf-law.com]
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
> > *Attorneys for Optrex America, Inc.*
> > *(Plaintiff in C.A. No. 04-1536-KAJ)*