IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OPTREX AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1536-KAJ |
| | ) | |
| HONEYWELL INTERNATIONAL INC. | ) | |
| and HONEYWELL INTELLECTUAL | ) | |
| PROPERTIES INC., | ) | |
| | ) | |
| Defendants. | ) | |

**REVISED STIPULATION AND ORDER ON BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the briefing on *Honeywell's Motion for Consolidation and Stay Pursuant to Federal Rule of Civil Procedure 42* (D.I. 134 in C.A. No. 04-1338; D.I. 14 in C.A. No. 04-1356) shall proceed as follows:

| | |
|---|---|
| Opening Brief: | Filed and served March 10, 2005 |
| Answering Brief: | To be filed and served by April 11, 2005 |
| Reply Brief: | To be filed and served by April 25, 2005 |

BOUCHARD MARGULES                           MORRIS, NICHOLS, ARSHT & TUNNELL
  & FRIEDLANDER, P.A.

*/s/ Karen L. Pascale*                              */s/ Thomas C. Grimm*
Andre G. Bouchard (#2504)                   Thomas C. Grimm (#1098)
Karen L. Pascale (#2903)                     [tgrimm@mnat.com]
[kpascale@bmf-law.com]                       Leslie A. Polizoti (#4299)
222 Delaware Avenue, Suite 1400              1201 N. Market Street
Wilmington, DE  19801                        P.O. Box 1347
(302) 573-3500                               Wilmington, DE  19899-1347
  Attorneys for Optrex America, Inc.         (302) 658-9200
  (Third-Party Defendant in C.A.               Attorneys for Honeywell International Inc.
  No. 04-1338-KAJ; Plaintiffs in               and Honeywell Intellectual Properties Inc.
  C.A. No. 04-1536-KAJ)                        (Plaintiffs in C.A. No. 04-1338-KAJ;
                                                Defendants in C.A. No. 04-1536-KAJ)

SO ORDERED this _____ day of March, 2005.

_____
United States District Judge

457047