IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTREX AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1536-KAJ |
| ) | |
| HONEYWELL INTERNATIONAL INC. ) | |
| and HONEYWELL INTELLECTUAL ) | |
| PROPERTIES INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ezra S. Gollogly, Jacob S. Zimmerman, and Marta M. Chou of Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Ave., Minneapolis, MN 55402-2015, and Alan E. McKenna and Jeremy C. McDiarmid of Robins, Kaplan, Miller & Ciresi L.L.P., 800 Boylston Street, 25th floor, Boston, MA 02199-7610 to represent Defendants in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April, 2\ 2005          Signed: _____
                                                   Ezra S. Gollogly

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Word 20132318.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005          Signed: _____
                                       Jacob S. Zimmerman

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Word 20132325.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April, 21 2005          Signed: *Marta M. Chou*
                                       Marta M. Chou

                                                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                                  2800 LaSalle Plaza
                                                  800 LaSalle Avenue
                                                  Minneapolis, MN 55402
                                                  Telephone: 612-349-8500
                                                  Facsimile: 612-339-4181

```
    In accordance with Standing Order for District Court Fund effective
1/1/05, I further certify that the fee payment of $25.00 will be submitted
to the Clerk's Office upon the filing of this motion.
```

Word 20132317.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005          Signed: _____
                                        Alan E. McKenna

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
Telephone: 617-267-2300
Facsimile: 617-267-8288

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Word 20132328.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005          Signed: _____
                                       Jeremy C. McDiarmid

                               ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                               800 Boylston Street, 25th Floor
                               Boston, MA 02199-7610
                               Telephone: 617-267-2300
                               Facsimile: 617-267-8288

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Word 20132330.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Thomas C. Grimm (tcgefiling@mnat.com) and Karen L. Pascale (kpascale@bmf-law.com, et al.).

I also certify that on April 27, 2005, I caused to be served true and correct copies of the foregoing document on the following by hand:

    Karen L. Pascale
    BOUCHARD MARGULES & FRIEDLANDER, P.A.
    222 Delaware Avenue, Suite 1400
    Wilmington, DE  19801

    */s/ Leslie A. Polizoti* (#4299)
    MORRIS, NICHOLS, ARSHT AND TUNNELL
    1201 North Market Street
    Wilmington, DE 19801
    (302) 658-9200
    lpolizoti@mnat.com