IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTREX AMERICA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1536 (KAJ) |
| ) | |
| HONEYWELL INTERNATIONAL INC. ) | |
| and HONEYWELL INTELLECTUAL ) | |
| PROPERTIES INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following:

**Optrex America, Inc.'s First Set of Requests for Production of Documents (Nos. 1-26) to Defendants;** and

**Optrex America, Inc.'s First Set of Requests for Admissions (Nos. 1-29) to Defendants,**

were served on the following counsel of record on the date and in the manner indicated below:

*By Hand Delivery on May 2, 2005*

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347

*By First Class U.S. Mail on May 3, 2005*

Ezra S. Gollogly, Esquire
Jacob S. Zimmerman, Esquire
Marta M. Chou, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Alan E. McKenna, Esquire
Jeremy C. McDiarmid, Esquire
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610

-2-

                                            BOUCHARD MARGULES & FRIEDLANDER, P.A.

May 3, 2005                          /s/ Karen L. Pascale
Andre G. Bouchard (#2504)
Karen L. Pascale (#2903)
 [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
 *Attorneys for Plaintiff, Optrex America, Inc.*

*Of Counsel:*

Richard D. Kelly, Esq.
Andrew M. Ollis, Esq.
Alexander E. Gasser, Esq.
OBLON, SPIVAK, MCCLELLAND,
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on May 3, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing document – *Notice of Service* – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Thomas C. Grimm, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL
> 1201 North Market Street
> Wilmington, DE 19899-1347
> [tgrimm@mnat.com]
> *Attorneys for Defendants, Honeywell International Inc.*
> *and Honeywell Intellectual Properties, Inc.*

I further certify that on May 3, 2005, I caused a copy of the foregoing document to be served by First Class U.S. Mail on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By First Class U.S. Mail*

Ezra S. Gollogly, Esquire
Jacob S. Zimmerman, Esquire
Marta M. Chou, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Alan E. McKenna, Esquire
Jeremy C. McDiarmid, Esquire
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610

_____/s/ Karen L. Pascale_____
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
   *Attorneys for Plaintiff, Optrex America, Inc.*