IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OPTREX AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1536-KAJ |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| and HONEYWELL INTELLECTUAL | ) | |
| PROPERTIES INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington, this 11th day of May, 2005

The court having scheduled for May 16, 2005, a conference pursuant to

Federal Rule of Civil Procedure 16 to address management of this case,

IT IS HEREBY ORDERED that the parties be prepared to discuss at the

conference case management issues raised by the pending motions in this case.

UNITED STATES DISTRICT JUDGE