## HONEYWELL V. AUDIOVOX, ET AL.

| C.A. No | Defendant | Pending Motions |
|---|---|---|
| **04-1337** | Audiovox Communications | 1) Motion to Stay (D.I. 112) |
| | Audiovox Electronics | 1) Customer defendants' Motion to Stay (D.I. 101) |
| | Nikon Corporation<br>Nikon Inc. | 1) Motion to Stay (D.I. 60) |
| | Nokia Corporation<br>Nokia Inc. | 1) Motion for leave to file third party complaint (D.I. 57)<br><br>2) Motion to Stay (D.I. 63)<br><br>3) Joinder in Toshiba's Motion to Bifurcate filed in C.A. No. 04-1138 at D.I. 164 (D.I. 97) |
| | Sanyo Electric Co.<br>Sanyo North America | No Motions |
| | Curitel Communications (Third Party Deft) | No Motions |
| | Toshiba Corp. (Third Party Deft) | No Motions |
| | Seiko Epson Corporation (non-party) | 1) Motion to Intervene (D.I. 50) |

**HONEYWELL V. APPLE COMPUTER, ET AL.**

| C.A. No | Defendant | Pending Motions |
|---|---|---|
| 04-1338 | Apple Computer | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
|  | Argus a/k/a Hartford Computer | 1) motion to stay (D.I. 181) |
|  | Casio Computer<br>Casio Inc. | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164) |
|  | Concord Cameras | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
|  | Dell Inc. | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
|  | Eastman Kodak | 1) Joinder (D.I. 194) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
|  | Fuji Photo Film<br>Fuji Photo Film USA | 1) motion for more definite statement, for stay, and for partial dismissal (D.I. 95)<br><br>2) motion to transfer (D.I. 97)<br><br>3) brief filed (D.I. 156) in support of Seiko Epson's motion to intervene (D.I. 136)<br><br>4) briefs filed (D.I. 166, 183) in support of Toshiba's motion to bifurcate (D.I. 164) |
|  | Fujitsu Limited<br>Fujitsu America<br>Fujitsu Computer | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164) |
|  | Kyocera Wireless | 1) motion to stay (D.I. 158) |

|   | Matsushita Electrical Industrial Matsushita Electrical Corp. | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164) |
|---|---|---|
|   | Navman NZ Navman USA | 1) motion to stay (D.I. 181) |
|   | Olympus Corp. Olympus America | 1) motion to stay (D.I. 161) |
|   | Pentax Corporation Pentax USA | 1) motion to stay (D.I. 158) 2) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164) |
|   | Sony Corp. Sony Corp. Of America | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164) 2) motion to stay (D.I. 189) |
|   | Sony Ericsson Mobile AB Sony Ericsson Mobile USA | 1) Joinder (D.I. 196) in motion to stay (D.I. 158) |
|   | Toshiba Corporation | 1) motion to bifurcate (D.I. 164) |
|   | Toshiba America | no motions |
|   | Philips Electronics (3rd pty dft) | no motions |
|   | Wintek Electro-Optics (3rd pty dft) | no motions |
|   | Optrex America (3rd pty dft) | no motions |
|   | Seiko Epson (non-party) | 1) motion to intervene (D.I. 136) |
|   | **PLAINTIFFS - HONEYWELL** | 1) motion to consolidate and for stay (D.I. 134) |

**OPTREX AMERICA INC. V. HONEYWELL**

| C.A. No | Defendant | Pending Motions |
|---|---|---|
| **04-1536** | Honeywell International | 1) Motion to consolidate and for stay (D.I. 14) |
| | Honeywell Intellectual Properties | 1) Motion to consolidate and for stay (D.I. 14) |