ALL COUNSEL OF RECORD
May 27, 2005
Page 4

**Sharp**: part numbers LS015A3GS03, LS040V7DD02, LQ106K1LA01, LQ154M1LW02, LQ121X1LS30, LM15SGFNZ07, LS021B8UB03A, LS021B8UB02G, LS021BU803A, RLC0048AFZZ, LQ150U1H22, LS040V7DD01, LQ154M1LM02.

**ST-LCD**: part numbers ACX507ALQ-2(A), ACX507ALZ-2, ACX316AKM-8, ACX509AKM-7, ACX313EKM-7, ACX309AKB-2.

**TM-Display**: part numbers LTD121KM1K, LTM09C362, LTD121EA4XY, TFD70W82A, LTM09C362E, LTP234QV-C01, LTD-141EM3M, LTM10C320S, LTD121EA41, LTD121KAOS, LTM09C362V.

**Toppoly**: part number TD035SHEB4.

**Wintek**: part number 3Y0325721.

**Unknown LCD module supplier(s)**: part numbers A0367104-A7, LP8745A, AA01B 0463T1-D0, CV90-13161-01B, LP8658-B, GML0385A.

* * *

Given what appears to be widespread infringement throughout the industry, Honeywell reasonably believes that these two lists are by no means a comprehensive list of infringing products for any party. Honeywell's infringement assertion against the parties in the above referenced actions relates to all portable electronic devices manufactured or sold by individual parties that contain LCD modules which practice the claimed invention or, in the case of module suppliers, those infringing LCD modules themselves. Suffice it to say that any and all products which use the LCD modules identified above, or any similar module (e.g., a light source, an LCD panel and two lens arrays, one of which is misaligned) will be the subject of Honeywell's infringement claim.

Information regarding additional infringing products manufactured or sold by the parties in these actions will be identified during the discovery phase of this litigation after the defendants have provided information regarding their product lists and the components used in those products.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Matthew L. Woods/ms

Matthew L. Woods

MLW/ms

ALL COUNSEL OF RECORD
May 27, 2005
Page 5


c:      Martin R. Lueck
        Thomas G. Grimm (via e-mail)
        Steven J. Balick (via e-mail)

| | |
|---|---|
| **From:** | Mary Ann Schumacher |
| **To:** | Apple, Optrex Counsel; Audiovox Counsel |
| **Date:** | 5/27/2005 4:23:41 PM |
| **Subject:** | Honeywell, et al. v. Apple Computer, et al., Audiovox Communications, et al. & Optrex America |

Dear Counsel:

Attached please find correspondence from Matthew L. Woods regarding the above files.


Mary Ann Schumacher
Legal Administrative Assistant
to Matthew L. Woods and
Sonya C. Seidl

612-349-8552
fax: 612-339-4181
e-mail: maschumacher@rkmc.com


**CC:**   Lueck, Martin R.;  sbalick@ashby-geddes.com;  tgrimm@mnat.com