# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9273
302 425 4661 Fax
tgrimm@mnat.com

March 10, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.*
          C.A. No. 04-1337-KAJ
          *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
          C.A. No. 04-1338-KAJ
          *Optrex America, Inc. v. Honeywell International Inc., et al.*
          C.A. No. 04-1536-KAJ

Dear Judge Jordan:

I write on behalf of Honeywell to briefly respond to the lengthy letters submitted by the Manufacturer Defendants and Optrex, which we were surprised to receive.

While there have been several conferences between the parties regarding a scheduling order in this matter, the Manufacturer Defendants refused to address the very issues they have laid out in detail for the Court. Accordingly, this is the first time Honeywell has learned the positions the Manufacturer Defendants now set forth. Had these issues been raised during the conferences, the parties could have engaged in meaningful discussions to attempt to resolve some of the concerns raised by the Defendants. Instead of engaging in defendants' letter-writing campaign, we will be prepared to argue the merits of these issues at the Scheduling Conference.

Honeywell looks forward to discussing these and all other scheduling issues at Monday's hearing.

Respectfully,

*Thomas C. Grimm*

Thomas C. Grimm (#1098)

The Honorable Kent A. Jordan
March 10, 2006
Page 2

/klm
cc:   All Counsel of Record (via e-filing)
      Matthew L. Woods, Esq. (via e-mail)
      Martin R. Lueck, Esq. (via e-mail)