# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338 (KAJ) |
| v. | ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1337 (KAJ) |
| v. | ) ) | |
| AUDIOVOX COMMUNICATIONS CORP., et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| OPTREX AMERICA, INC., | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1536 (KAJ) |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 19, 2006, copies of:

*Optrex America, Inc.'s Objections and Responses to*
*Honeywell's First Set of Requests for Admission*,

were served upon the following counsel of record as indicated below:

### By E-Mail and First Class U.S. Mail

Thomas C. Grimm [tgrimm@mnat.com]
Leslie A. Polizoti [lpolizoti@ mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Martin R. Lueck [MRLueck@rkmc.com]
Matthew L. Woods [MLWoods@rkmc.com]
Stacie E. Oberts [SEOberts@rkmc.com]
Jacob S. Zimmerman [JSZimmerman@rkmc.com]
Marta M. Chou [MMChou@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

William J. Wade [wade@rlf.com]
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Attorneys for Arima Display Corporation, Matsushita Elecrical Industrial Co., and Matsushita Electrical Corporation of America*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801

*Attorneys for BOE-Hydis Technology Co., Ltd., Hitachi Displays, Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Samsung SDI America, Inc., and Samsung SDI Co., Ltd., Toppoly Oproelectronics Corp., Wintek Corp., Wintek Electro-Optics Corporation;*

Thomas L. Halkowski [halkowski@fr.com]
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

*Attorneys for Casio Computer Co., Ltd., and Casio, Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

*Attorneys for Fuji Photo Film Co. Ltd. And Fuji Photo Film U.S.A. Inc.*

William J. Marsden, Jr. [marsden@fr.com]
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

*Attorneys for International Display Technology and International Display Technology USA, Inc.*

John W. Shaw [jshaw@ycst.com]
Monté T. Squire [msquire@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Quanta Display Inc., Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corp.*

Robert J. Katzenstein [rjk@skfdelaware.com]
Robert K. Beste, III [rkb@skfdelaware.com]
SMITH, KATZENSTEIN & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
*Attorneys for Seiko Epson Corporation and Sanyo Epson Imaging Devices Corporation*

David J. Margules [dmargules@bmf-law.cpm]
John M. Seaman [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen L. Pascale*

May 22, 2006

Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Optrex America, Inc.*

*Of Counsel:*

Richard D. Kelly
Andrew M. Ollis
Alexander E. Gasser
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on May 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document – ***Notice of Service*** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

John R. Alison    john.alison@finnegan.com

Parker H. Bagley    pbagley@milbank.com

Robert J. Benson    rjbenson@hhlaw.com,

Robert Karl Beste, III    rkb@skfdelaware.com, vkm@skfdelaware.com

Elizabeth L. Brann    elizabethbrann@paulhastings.com

John M. Caracappa    jcaracappa@akingump.com

Christopher E. Chalsen    cchalsen@milbank.com

Arthur G. Connolly, III    aconnollyIII@cblh.com

Frederick L. Cottrell, III    cottrell@rlf.com

Franc! is DiGiovanni    fdigiovanni@cblh.com, ddunmeyer@cblh.com; dkt@cblh.com

Thomas M. Dunham    dunhamt@howrey.com,

Kevin C. Ecker    kecker@stroock.com

Amy Elizabeth Evans    aevans@crosslaw.com,

York M. Faulkner    york.faulkner@finnegan.com,

Christopher J. Gaspar    cgaspar@milbank.com

Alexander E. Gasser    agasser@oblon.com

Alan M. Grimaldi    grimaldia@howrey.com

Thomas C. Grimm    tcgefiling@mnat.com

Thomas Lee Halkowski    halkowski@fr.com, sub@fr.com

Angie Hankins　　ahankins@stroock.com

Richard L. Horwitz　　rhorwitz@potteranderson.com, dmoore@potteranderson.com;
nmcmenamin@potteranderson.com; achin@potteranderson.com;
mbaker@potteranderson.com; ebroyles@potteranderson.com;
ntarantino@potteranderson.com; iplitigation@potteranderson.com

Dan C. Hu　　hu@tphm.com, gyount@tphm.com

John T. Johnson　　jjohnson@fr.com

Robert J. Katzenstein　　rjk@skfdelaware.com, eys@skfdelaware.com

Nelson M. Kee　　keen@howrey.com,

Richard D. Kelly　　rkelly@oblon.com

Matthew W. King　　king@rlf.com

Stephen S. Korniczky　　stephenkorniczky@paulhastings.com

Hamilton Loeb　　hamiltonloeb@paulhastings.com

Robert L. Maier　　Robert.Maier@BakerBotts.com

David J. Margules　　dmargules@BMF-law.com, jspeakman@bmf-law.com

David Ellis Moore　　dmoore@potteranderson.com, ntarantino@potteranderson.com

Carolyn E. Morris　　carolynmorris@paulhastings.com

Arthur I. Neustadt　　aneustadt@oblon.com

Elizabeth A. Niemeyer　　elizabeth.niemeyer@finnegan.com,

Kevin M. O'Brien　　boehydis@bakernet.com

Andrew M. Ollis　　aollis@oblon.com

Karen L. Pascale　　kpascale@ycst.com, corporate@ycst.com; corpcal@ycst.com

Adam Wyatt Poff　　apoff@ycst.com, corporate@ycst.com; corpcal@ycst.com

Leslie A. Polizoti　　lpolizoti@mnat.com, lpolizoti@mnat.com

Alana A. Prills　　alanaprills@paulhastings.com

Steven J Rizzi      steven.rizzi@weil.com

Lawrence Rosenthal      lrosenthal@stroock.com

Avelyn M. Ross      aross@velaw.com

Philip A. Rovner   provner@potteranderson.com, mstackel@potteranderson.com;
nmcmenamin@potteranderson.com; iplitigation@potteranderson.com

Diana M. Sangalli      dsangalli@tphm.com

Robert C. Scheinfeld      robert.scheinfeld@bakerbotts.com

Carl E. Schlier      cschlier@oblon.com

John M. Seaman      jseaman@bmf-law.com, jfielder@bmf-law.com

Chad Michael Shandler      shandler@rlf.com, pstewart@rlf.com

John W. Shaw      jshaw@ycst.com, corporate@ycst.com; ptorterotot@ycst.com;
corpcal@ycst.com

Matthew W. Siegal      msiegal@stroock.com

Neil P. Sirota      neil.sirota@bakerbotts.com

Monte! Terrell Squire      msquire@ycst.com

William J. Wade      wade@rlf.com, wheeler@rlf.com

Roderick B. Williams      rickwilliams@velaw.com, smendoza@velaw.com

Edward R. Yoches      bob.yoches@finnegan.com


Steven J. Balick          sbalick@ashby-geddes.com

Paul A. Bradley          pbradley@mccarter.com

John G. Day          jday@ashby-geddes.com

Tara D. Elliott          elliott@fr.com

Barry M. Graham          barry.graham@finnegan.com

Darren M. Jiron        darren.jiron@finnegan.com

William J. Marsden, Jr.  marsden@fr.com

Matt Neiderman        mneiderman@duanemorris.com

Timothy J. Vezeau      timothy.vezeau@kmzr.com

  I further certify that on May 22, 2006, I caused a copy of the foregoing document

to be served by e-mail on the below-listed counsel:

  Thomas C. Grimm [tgrimm@mnat.com]
  Leslie A. Polizoti [lpolizoti@ mnat.com]
  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
  1201 North Market Street
  Wilmington, DE 19899-1347
  *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

  Steven J. Balick [sbalick@ashby-geddes.com]
  John G. Day [jday@ashby-geddes.com]
  ASHBY & GEDDES
  222 Delaware Avenue
  P.O. Box 1150
  Wilmington, DE 19899
  *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

  Martin R. Lueck [MRLueck@rkmc.com]
  Matthew L. Woods [MLWoods@rkmc.com]
  Stacie E. Oberts [SEOberts@rkmc.com]
  Jacob S. Zimmerman [JSZimmerman@rkmc.com]
  Marta M. Chou [MMChou@rkmc.com]
  ROBINS, KAPLAN, MILLER & CIRESI LLP
  2800 LaSalle Plaza
  800 LaSalle Avenue
  Minneapolis, MN 55402-2015
  *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

  Alan E. McKenna [AEMckenna@rkmc.com]
  Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
  ROBINS, KAPLAN, MILLER & CIRESI LLP
  111 Huntington Avenue, Suite 1300
  Boston, MA 02199-7610
  *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

William J. Wade [wade@rlf.com]
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Attorneys for Arima Display Corporation, Matsushita Elecrical Industrial Co.,
and Matsushita Electrical Corporation of America*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801

*Attorneys for BOE-Hydis Technology Co., Ltd., Hitachi Displays, Ltd.,
Koninklijke Philips Electronics N.V., Philips Electronics North America Corp.,
Samsung SDI America, Inc., and Samsung SDI Co., Ltd., Toppoly
Oproelectronics Corp., Wintek Corp., Wintek Electro-Optics Corporation;*

Thomas L. Halkowski [halkowski@fr.com]
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

*Attorneys for Casio Computer Co., Ltd., and Casio, Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

*Attorneys for Fuji Photo Film Co. Ltd. And Fuji Photo Film U.S.A. Inc.*

William J. Marsden, Jr. [marsden@fr.com]
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

*Attorneys for International Display Technology and International Display
Technology USA, Inc.*

John W. Shaw [jshaw@ycst.com]
Monté T. Squire [msquire@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Quanta Display Inc., Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corp.*

Robert J. Katzenstein [rjk@skfdelaware.com]
Robert K. Beste, III [rkb@skfdelaware.com]
SMITH, KATZENSTEIN & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899
*Attorneys for Seiko Epson Corporation and Sanyo Epson Imaging Devices Corporation*

David J. Margules [dmargules@bmf-law.com]
John M. Seaman [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

May 22, 2006                      Karen L. Pascale. (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
  *Attorneys for Optrex America, Inc.*