# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : Plaintiffs, : : v. : : APPLE COMPUTER, INC., et al., : : Defendants. : _____ : | Civil Action No. 04-1338-KAJ |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : Plaintiffs, : : v. : : AUDIOVOX COMMUNICATIONS CORP., et al., : : : : Defendants. : _____ : | Civil Action No. 04-1337-KAJ |
| OPTREX AMERICA, INC., : : Plaintiff, : : v. : : HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : Defendants. : | Civil Action No. 04-1536-KAJ |

## **ORDER**

At Wilmington this **29th** day of **June, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, August 7, 2006 at 5:00 p.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of the cases, the parties negotiations, and the mechanics of the mediations scheduled for December 11, 12, 14, 15, 18, 21 and 22, 2006.  **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE