# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : Plaintiffs, : : v. : : APPLE COMPUTER, INC., et al., : : : Defendants. : _____ : | Civil Action No. 04-1338-KAJ |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : Plaintiffs, : : v. : : AUDIOVOX COMMUNICATIONS CORP., et al., : : : : Defendants. : _____ : | Civil Action No. 04-1337-KAJ |
| OPTREX AMERICA, INC., : : : Plaintiff, : : v. : : HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : : Defendants. : | Civil Action No. 04-1536-KAJ |

**ORDER**

At Wilmington this **8th** day of **August, 2006**.

IT IS ORDERED that teleconferences have been scheduled for **Tuesday, October 3, 2006 at 5:00 p.m. Eastern Time and Wednesday, November 15, 2006 at 5:00 p.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of the cases, the status of negotiations, the mediation submissions, and the representatives who will participate in mediation. **Both teleconferences shall be initiated by plaintiff's counsel.** Should mediation proceed in these matters beginning **December 11, 2006,** the mediation statements will be due **Wednesday, November 29, 2006.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE