

# Potter
# Anderson
# & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

September 15, 2006

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

      Re:    Honeywell International, Inc., et al., v. Apple Computer, Inc., et al.,
             D. Del., C.A. No. 04-1338-KAJ
             Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.
             D. Del., C.A. No. 04-1337-KAJ
             Optrex America, Inc. v. Honeywell International Inc., et al.,
             D. Del., C.A. No. 04-1536-KAJ

Dear Judge Jordan:

      The parties jointly submit the enclosed proposed Stipulated Protective Order for Your Honor's review and approval.

      Counsel are available at the Court's convenience should Your Honor have any questions.

                                                                         Respectfully,

                                                                        Philip A. Rovner
                                                                        provner@potteranderson.com

PAR/mes/750553
Enc.
cc:    All Local Counsel of Record – By ECF