IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1338-*** |
| APPLE COMPUTER, INC., et al., | : : : | |
| Defendants. | : : | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1337-*** |
| AUDIOVOX COMMUNICATIONS CORP., et al., | : : : | |
| Defendants. | : : | |
| OPTREX AMERICA, INC., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1536-*** |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **27th** day of **March, 2007**.

IT IS ORDERED that a teleconference regarding the Protective Order dispute between Honeywell and Optrex is scheduled for **Tuesday, April 17, 2007 at 4:00 p.m. Eastern Time.** Further, the transcript of the teleconference of March 26, 2007 regarding the discovery dispute and the Protective Order matter shall serve as an Order of the Court on these matters.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE