# EXHIBIT #1

312

1

1          THE UNITED STATES DISTRICT COURT

2        IN AND FOR THE DISTRICT OF DELAWARE

3                        - - -

4   HONEYWELL INTERNATIONAL, INC.    :    CIVIL ACTIONS
    et al.                           :
5                                    :
                Plaintiffs,          :
6                                    :
                                     :
7           v.                       :
                                     :
    AUDIOVOX COMMUNICATIONS CORP.,   :
8   et al.                           :
                                     :    NO. 04-1337 (KAJ)
9               Defendants.          :
    -----------------------------------
10  HONEYWELL INTERNATIONAL, INC.    :
    et al.                           :
11                                   :
                Plaintiffs,          :
12                                   :
                                     :
13          v.                       :
                                     :
    APPLE COMPUTER, INC.,  et al.,   :
14                                   :    NO. 04-1338 (KAJ)
                Defendants.          :
15                        - - -

16                  Wilmington, Delaware
           Friday, September 9, 2005 at 10:40 a.m.
17                  TELEPHONE CONFERENCE

18                        - - -

19  BEFORE:      HONORABLE KENT A. JORDAN, U.S.D.C.J.

20                        - - -

    APPEARANCES:
21

22      ASHBY & GEDDES
        BY:  STEVEN J. BALICK, ESQ.
23
                    and
24

25                         Brian P. Gaffigan
                           Registered Merit Reporter

1    through various generations of different models of this

2    product, somehow there is some difference?  Or is there

3    something else going on that I'm not getting.

4            MR. LUECK:  No, I think you have captured it.

5    We've identified what the products are that have infringed

6    and we've specified what those types of products are and

7    we've given them specific model numbers as to ones we've

8    been able to purchase and tear down, but that doesn't mean

9    that we know all of the generations of those products that

10   they have introduced in the past.

11           THE COURT:  All right.  I'm going to ask the

12   gentleman who spoke on behalf of Matsushita, the Weil

13   Gotshal attorney if he will speak up at this point and

14   answer that point, which is:  Hey, we're not just on some

15   wholesale fishing expedition.  We've identified a product

16   and a product line and we just need to know the different

17   model numbers in that product line so that we're sure that

18   we've had a chance to investigate this product thoroughly,

19   which is what I understand Mr. Lueck to be saying.  What is

20   your response to that?

21           MR. BRAFMAN:  Your Honor, this is David Brafman

22   from Honeywell.

23           I'd just like to add one further point which is

24   our tear-down rate, on average it's about a 50 percent hit

25   rate under our belief of infringement across all these

23

1   products.  So it's not a wild fishing expedition as it is

2   made to sound.  It is that we found products, a large

3   percentage of them do hit and we just don't have access to

4   the models that change every six months.

5                 THE COURT:  All right.  Mr. -- I'm sorry, I've

6   forgotten your name, sir.

7                 MR. RIZZI:  It's Steve Rizzi from Weil Gotshal.

8                 THE COURT:  Mr. Rizzi, I apologize for not

9   holding on to that name.  Go ahead.

10                MR. RIZZI:  That's okay.  I think along those

11  lines, Your Honor, there is room to meet in the middle here

12  from our perspective and, in fact, one of the cases that

13  Honeywell cited in its correspondence I believe is

14  instructive -- the IP Innovation case out of the Northern

15  District of Illinois -- I think is somewhat similar in the

16  sense that case involved certain chips that were found

17  in various models of televisions that were accused of

18  infringement, the basis for infringement being this specific

19  chip.  And what the plaintiff did originally was identify

20  specific television models that they believe included the

21  chip and were infringing.  And there, the Court allowed

22  discovery of other models of televisions that included that

23  same chip.  So discovery in the case were structured

24  around other future generations or products but only those

25  products that included the same chip as the specific models

# EXHIBITS # 2 and #3

## REDACTED IN THEIR ENTIRETY