IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1338-*** |
| APPLE COMPUTER, INC., et al., | : : : | |
| Defendants. | : : | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1337-*** |
| AUDIOVOX COMMUNICATIONS CORP., et al., | : : : | |
| Defendants. | : : | |
| OPTREX AMERICA, INC., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1536-*** |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **17**th day of **May, 2007**.

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Monday, June 4, 2007 at 2:00 p.m. Eastern Time** to discuss a discovery dispute between Honeywell and Wintek <u>**only**</u>.  For purposes of **this** discovery dispute **only**, the initial letter shall be due on **Wednesday, May 30, 2007 by no later than 2:00 p.m.** and the response due on **Thursday, May 31, 2007 by no later than 2:00 p.m.** Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within **one (1) hour of e-filing the document(s). Thomas Grimm, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE