IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC.; <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al. <br><br> Defendants. | Civil Action No. 04-1338-*** <br> Civil Action No. 04-1337-*** <br> Civil Action No. 04-1536-*** <br> [CONSOLIDATED] |

**STIPULATION AND ORDER TO FURTHER AMEND SCHEDULING ORDER NO. 2**

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that Scheduling Order No. 2 entered June 11, 2007 (D.I. 838 in C.A. No. 04-1338-***; D.I. 277 in C.A. No. 04-1337-***, and D.I. 128 in C.A. No. 04-1536-***), as amended on September 4, 2007 (D.I. 863 in C.A. No. 04-1338-***; D.I. 285 in C.A. No. 04-1337-***, and D.I. 137 in C.A. No. 04-1536-***), as amended on October 26, 2007 (D.I. 898 in C.A. No. 04-1338-***; D.I. 298 in C.A. No. 04-1337-***, and D.I. 148 in C.A. No. 04-1536-***), be further amended as follows:

| Event | Original Date (per D.I. 838, etc.) | Revised Date (per D.I. 898, etc.) | New Date |
|---|---|---|---|
| Fact Discovery cut-off [¶ (1)(c)] | November 30, 2007 | December 20, 2007 | January 31, 2008 |
| Expert depositions (aside from Mr. Hathaway)(each side allowed 10 hours per deposition) [¶ (1)(c)] | | | February 18, 2008 through March 7, 2008 |
| Joint Claim Construction Chart [¶ (6)] | November 30, 2007 | December 17, 2007 | March 21, 2008 |

| Event | Original Date (per D.I. 838, etc.) | Revised Date (per D.I. 898, etc.) | New Date |
|---|---|---|---|
| Case dispositive motions and opening briefs [¶ (5)] | January 18, 2008 | February 4, 2008 | April 25, 2008 |
| Opening Claim Construction Briefs [¶ (6)] | January 18, 2008 | February 4, 2008 | April 25, 2008 |
| Case dispositive answering briefs [¶ (5)] | February 15, 2008 | March 5, 2008 | May 26, 2008 |
| Responsive Claim Construction Briefs [¶ (6)] | February 15, 2008 | March 3, 2008 | May 26, 2008 |
| Case dispositive reply briefs [¶ (5)] | February 29, 2008 | March 19, 2008 | June 10, 2008 |

All other provisions of Scheduling Order No. 2 shall remain unchanged.

Dated this 6th day of December 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| /s/ Thomas C. Grimm | /s/ John G. Day |
| Thomas C. Grimm (#1098) | Steven J. Balick (#2114) |
| Leslie A. Polizoti (#4299) | John G. Day (#2403) |
| 1201 North Market Street | Lauren E. Maguire (#4261) |
| Wilmington, DE 19899-1347 | 500 Delaware Avenue, 8th Floor |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | Wilmington, DE 19801 |
| | P.O. Box 1150 |
| | (302) 654-1888 |
| | *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* |

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Karen L. Pascale* | */s/ Philip A. Rovner* |
| Karen L. Pascale (#2903)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>*Attorneys for Optrex America, Inc.* | Philip A. Rovner (#3215)<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19801<br>*Attorneys for FUJIFILM Corporation and FUJIFILM U.S.A. Inc.* |
| POTTER ANDERSON & CORROON LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| */s/David E. Moore* | */s/ David J. Margules* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19801<br>*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* | David J. Margules (#2254)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd.* |

SO ORDERED this _____ day of December, 2007

_____
UNITED STATES MAGISTRATE JUDGE

833771